IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

KALDREN LLC,                                          )
                                                      )
                              Plaintiff,              )
                                                      )
              v.                                      )   C.A. No. 17-1356 (VAC) (SRF)
                                                      )
EMBRAER EXECUTIVE JET SERVICES,                       )
LLC,                                                  )
                                                      )
                              Defendant.              )

## STIPULATION OF DISMISSAL WITH PREJUDICE

WHEREAS Plaintiff Kaldren LLC and Defendant Embraer Executive Jet Service, LLC have agreed to the terms and conditions for a settlement of this action and have set forth those terms and conditions in a settlement agreement;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their undersigned counsel, subject to the approval of the Court:

1.      The Complaint in this action is voluntarily dismissed in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii);

2.      This Court retains jurisdiction to enforce the settlement agreement; and

3.      Each party shall bear its own attorneys' fees and costs.

STAMOULIS & WEINBLATT LLC                MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Stamatios Stamoulis*                */s/ Thomas C. Grimm*
Stamatios Stamoulis (#4606)              Thomas C. Grimm (#1098)
Richard C. Weinblatt (#5080)             Stephen J. Kraftschik (#5623)
Two Fox Point Centre                     1201 N. Market Street
6 Denny Road, Suite 307                  P.O. Box 1347
Wilmington, DE 19809                     Wilmington, DE 19899-1347
(302) 999-1540                           (302) 658-9200
stamoulis@swdelaw.com                    tgrimm@mnat.com
weinblatt@swdelaw.com                    skraftschik@mnat.com

*Attorneys for Kaldren LLC*              *Attorneys for Embraer Executive
                                         Jet Services, LLC*

February 15, 2018
11566513


           SO ORDERED this _____ day of _____, 2018.


                                         _____
                                         UNITED STATES DISTRICT JUDGE